IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–02302–WYD–KMT

MICHAEL JANIA,

    Plaintiff,

v.

KEVIN OST,

    Defendant.

---

### MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendant's "Unopposed Motion to Vacate and Reset Scheduling Conference and Reset Deadlines" (Doc. No. 8, filed Oct. 18, 2011) is GRANTED. The Scheduling Conference set for December 1, 2011 at 9:45 a.m. is VACATED. The Scheduling Conference will be reset by separate order.

Dated: October 20, 2011